Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: jeffrey.gerardo@kutakrock.com
Email: steven.dailey@kutakrock.com

Attorneys for Defendant HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-13

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH HUPPERT, a natural person,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, a National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-13 ("Trust"); ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:12-cv-01304-DOC (RNBx)<br><br>Assigned to:<br>District Judge David O. Carter<br>Courtroom: 9D<br><br>Assigned Discovery:<br>Magistrate Judge Robert N. Block<br><br>[PROPOSED] JUDGMENT<br><br>Date Filed: August 7, 2012 |

On October 3, 2012, the Court granted HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-13's ["HSBC's"] Motion to Dismiss Plaintiff BETH HUPPERT's Complaint. The Court ruled that Plaintiff's Compliant is dismissed with prejudice.

4817-5745-7937.1
14617-703

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

1     Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, with prejudice, as to HSBC and that a Judgment of Dismissal be entered in favor of HSBC and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the Complaint against HSBC.

SO ORDERED:

Dated: January 31, 2014, ~~2012~~.      UNITED STATES DISTRICT COURT JUDGE

_____
Honorable David O. Carter

Respectfully submitted:

KUTAK ROCK LLP

By: /s/ Steven M. Dailey
    Jeffrey S. Gerardo
    Steven M. Dailey
    Attorneys for Defendant
    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-13

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4817-5745-7937.1
14617-703

- 2 -

[PROPOSED] JUDGMENT